Jason **BAXTER**, Movant/Appellant,

v.

**STATE of Missouri**, Respondent.

No. ED 97688.

Missouri Court of Appeals,
Eastern District,
Division Five.

Nov. 20, 2012.

---

1. All statutory references are to RSMo.2006, unless otherwise indicated.

Timothy Forneris, St. Louis, MO, for appellant.

Chris Koster, Jennifer A. Wideman, Jefferson City, MO, for respondent.

Before: GARY M. GAERTNER, JR., C.J., ROBERT M. CLAYTON III, J., and LISA K. PAGE, S.J.

## ORDER

PER CURIAM.

Movant, Jason Baxter, appeals from the denial of his Rule 29.15 motion without an evidentiary hearing. An opinion would have no precedential value. The parties have been provided with a memorandum for their information only, setting forth the reasons for this decision. We affirm the judgment in accordance with Rule 84.16(b).